# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

LILY ENGLEMAN,

Plaintiff,

v.

NATHAN ADKERSON, et al.,

Defendants.

Civil Action
File No. 1-21-cv-1992-MLB

## ORDER

Upon consideration of Plaintiff's Unopposed Motion to File Surveillance Video Under Seal and Memorandum in Support, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED and the surveillance video from Plaintiff's September 6, 2019, meeting with Mr. Ricky Dubose, Exhibit A to the Complaint, will be filed under seal.

SO ORDERED this 30th day of September, 2021

_____

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

1