# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Lily ENGLEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>Nathan ADKERSON, Maryjane MOSS, Jose MORALES, and John and Jane DOE,<br><br>    Defendants. | Civil Action File No.<br>1:21-cv-01992-MLB |

## RULE 5.4 CERTIFICATE OF SERVICE

This will certify that this day the undersigned counsel for Defendant, Joshua Waites, served a copy of **DEFENDANT ADKERSON'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** on the following attorneys of record via email delivery:

| | |
|---|---|
| Mark Begnaud<br>Michael J. Eshman<br>ESHMAN BEGNAUD, LLC<br>315 W. Ponce De Leon Ave., Suite 775<br>Decatur, Georgia 30030<br>mbegnaud@eshmanbegnaud.com<br>meshman@eshmanbegnaud.com<br>*Counsel for Plaintiff* | Paul Henefeld<br>Noah Green<br>APPELBAUM HENEFELD & GREEN, P.C.<br>3017 Bolling Way N.E., Suite 129<br>Atlanta, Georgia 30305<br>pah@aps-law.com<br>ng@aps-law.com<br>*Counsel for Co-Defendant Maryjane Moss* |

David C. Will
ROYAL WILL
4799 Sugarloaf Parkway, Building J
Lawrenceville, Georgia 30044
dwill@royallaw.net
*Counsel for Co-Defendant Jose Morales*

Respectfully submitted this 12th day of November, 2021.

       **SATCHER & MCGOVERN LLC**

       /s/ Annarita L. McGovern
       ANNARITA L. MCGOVERN
       Georgia Bar No. 098141

       /s/ Terry L. Long
       TERRY L. LONG
       Georgia Bar No. 457460

       ***Counsel for Defendant Nathan Adkerson***

288 South Main Street
Suite 100
Alpharetta, Georgia 30009
Office: (770) 765-0225
Direct: (770) 847-7280
amcgovern@satchermcgovernlaw.com
tlong@satchermcgovernlaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **Rule 5.4 Certificate of Service** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record:

This 12th day of November, 2021.

**SATCHER & MCGOVERN LLC**

/s/ Annarita L. McGovern
ANNARITA L. MCGOVERN
Georgia Bar No. 098141

*Counsel for Defendant Nathan Adkerson*

288 South Main Street, Suite 100
Alpharetta, Georgia 30009
Office: (770) 765-0225
Direct: (770) 847-7280
amcgovern@satchermcgovernlaw.com