# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LILY ENGLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN ADKERSON, et al.,<br><br>Defendants. | Civil Action<br>File No. 1-21-cv-1992-MLB |

## Notice of Manual Filing Under Seal

Plaintiff hereby files <u>under seal</u> a CD containing the surveillance video from Plaintiff's September 6, 2019, meeting with Mr. Ricky Dubose, Exhibit A to the Complaint, which sealed filing was authorized by the Court. (See Doc. 15.)

                                              **ESHMAN BEGNAUD, LLC**

                                              /s/ Mark Begnaud
                                              Mark Begnaud
                                              Georgia Bar No. 217641
                                              mbegnaud@eshmanbegnaud.com
                                              Michael J. Eshman
                                              Georgia Bar No. 365497
                                              meshman@eshmanbegnaud.com

315 W. Ponce De Leon Ave
Suite 775
Decatur, GA 30030
404-491-0170

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system on September 20, 2021, which will automatically send electronic notification to the following counsel of record:

William Peters
Georgia Department of Law, Office of the Attorney General
wpeters@law.ga.gov

Annarita L. McGovern
Terry L. Long
Satcher & McGovern
amcgovern@satchermcgovernlaw.com
tlong@satchermcgovernlaw.com

Noah Green
Paul Anthony Henefeld
Appelbaum Henefeld & Green, P.C.
ng@aps-Law.com
pah@aps-law.com

David C. Will
Royal Will
dwill@royallaw.net

This 16th Day of November, 2021

**ESHMAN BEGNAUD, LLC**

/s/ Mark Begnaud
Mark Begnaud
Georgia Bar No. 217641
mbegnaud@eshmanbegnaud.com

315 W. Ponce De Leon Ave
Suite 775
Decatur, GA 30030
404-491-0170