IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Lily Engleman,

        Plaintiff,

v.                        Case No. 1:21-cv-1992-MLB

Nathan Adkerson, et al.,

        Defendants.

_____/

## ORDER

Before the Court is Assistant Attorney General William Peters' Motion to Withdraw as Counsel for Defendants (Dkt. 21). No other party filed a response to the motion and it is deemed unopposed. LR 7.1B, NDGa. Accordingly, the Court **GRANTS** the motion and **DIRECTS** the Clerk to terminate Mr. Peters as counsel of record for Defendants.

**SO ORDERED** this 29th day of November, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE