## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

LILY ENGLEMAN,

Plaintiff,

v.

NATHAN ADKERSON, et al.,

Defendants.

Civil Action
File No. 1-21-cv-1992-MLB

## Notice of Manual Filing Under Seal

Plaintiff hereby files under seal a CD containing the surveillance video from Plaintiff's September 6, 2019, meeting with Mr. Ricky Dubose, Exhibit A to the Complaint, which sealed filing was authorized by the Court. (See Doc. 15.)  Plaintiff previously delivered a CD to the clerk, but that CD was broken when it was received, so Plaintiff is delivering this second copy per the Clerk's request.

ESHMAN BEGNAUD, LLC

/s/ Mark Begnaud
Mark Begnaud
Georgia Bar No. 217641
mbegnaud@eshmanbegnaud.com
Michael J. Eshman
Georgia Bar No. 365497
meshman@eshmanbegnaud.com

315 W. Ponce De Leon Ave
Suite 775

1

Decatur, GA 30030
404-491-0170

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system on September 20, 2021, which will automatically send electronic notification to the following counsel of record:

Annarita L. McGovern
Terry L. Long
Satcher & McGovern
amcgovern@satchermcgovernlaw.com
tlong@satchermcgovernlaw.com

Noah Green
Paul Anthony Henefeld
Appelbaum Henefeld & Green, P.C.
ng@aps-Law.com
pah@aps-law.com

David C. Will
Royal Will
dwill@royallaw.net

This 29th Day of November, 2021

ESHMAN BEGNAUD, LLC

/s/ Mark Begnaud
Mark Begnaud
Georgia Bar No. 217641
mbegnaud@eshmanbegnaud.com

315 W. Ponce De Leon Ave
Suite 775
Decatur, GA 30030
404-491-0170

3