## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

LILY ENGLEMAN,

Plaintiff,

v.

NATHAN ADKERSON, et al.,

Defendants.

Civil Action
File No. 1-21-cv-1992-MLB

## ORDER

Upon consideration of the Consent Motion to Extend Discovery and for good cause shown, the Court hereby GRANTS the motion and extends discovery through and including July 18, 2022, and extends the deadline for the filing of dispositive motions to August 18, 2022.

SO ORDERED, this 18th day of March, 2022.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

1