## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

LILY ENGLEMAN,

Plaintiff,

v.

NATHAN ADKERSON, et al.,

Defendants.

Civil Action
File No. 1-21-cv-1992-MLB

## ORDER

Upon consideration of the Joint Motion to Extend Discovery and for good cause shown, the Court hereby GRANTS the motion and extends discovery through and including December 31, 2022, and extends the deadline for the filing of dispositive motions to January 30, 2023.

SO ORDERED this 19th day of July, 2022.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE