# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Lily ENGLEMAN, <br><br> Plaintiff, <br><br> v. <br><br> Nathan ADKERSON, Maryjane MOSS, Jose MORALES, *et al.* <br><br> Defendants. | Civil Action File No. <br> 1:21-cv-01992-MLB |

## **RULE 5.4 CERTIFICATE OF SERVICE**

This will certify that this day the undersigned counsel for Defendant, Nathan Adkerson, served a copy of **NOTICE TO TAKE DEPOSITION OF PLAINTIFF LILY ENGLEMAN** upon all counsel of record by electronic email communication to the following:

| | |
|:---:|:---:|
| Mark Begnaud <br> Michael J. Eshman <br> ESHMAN BEGNAUD, LLC <br> 315 W. Ponce De Leon Ave., Ste. 775 <br> Decatur, GA 30030 <br> mbegnaud@eshmanbegnaud.com <br> meshman@eshmanbegnaud.com <br> *Counsel for Plaintiff* | Paul Henefeld <br> Noah Green <br> APPELBAUM HENEFELD & GREEN, P.C. <br> 3017 Bolling Way N.E., Suite 129 <br> Atlanta, GA 30305 <br> pah@aps-law.com <br> ng@aps-law.com <br> *Counsel for Defendant Maryjane Moss* |
| David C. Will <br> ROYAL WILL <br> 4799 Sugarloaf Parkway, Building J <br> Lawrenceville, GA 30044 | Charles E. Cox, Jr. <br> Charles E. Cox, Jr., LLC <br> Post Office Box 67 <br> Macon, GA 31202-0067 |

dwill@royallaw.net  
*Counsel for Defendant Jose Morales*

charles@cecoxjr.com  
*Counsel for Defendants*  
*William Clayton Nix and John Richey*

Derrick L. Bingham  
Julie R. Comer  
Stites & Harbison PLLC  
303 Peachtree Street NE, Ste. 2800  
Atlanta, GA 30308  
dbingham@stites.com  
jcomer@stites.com  
*Counsel for Defendant*  
*Tomeika Jordan*

Timothy J. Buckley, III  
Eric James O'Brien  
Buckley Christopher, P.C.  
2970 Clairmont Road NE, Suite 650  
Atlanta, GA 30329  
tbuckley@bchlawpc.com  
eobrien@bchlawpc.com  
*Counsel for Defendant*  
*Jonathan Adams*

Charles J. Cole  
Mcrae Bertschi & Cole, LLC  
1872 Independence Square, Ste. D  
Dunwoody, GA 30338  
cjc@mcraebertschi.com  
*Counsel for Defendant Mike Riley*

This 6th day of December, 2022.

**SATCHER & MCGOVERN LLC**

/s/ Annarita L. McGovern  
ANNARITA L. MCGOVERN  
Georgia Bar No. 098141  
*Counsel for Defendant Nathan Adkerson*

288 South Main Street  
Suite 100  
Alpharetta, Georgia 30009  
Office: (770) 765-0225  
Direct: (770) 847-7280  
amcgovern@satchermcgovernlaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **Rule 5.4 Certificate of Service** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record:

This 6th day of December, 2022.

          **SATCHER & MCGOVERN LLC**

          /s/ Annarita L. McGovern
          ANNARITA L. MCGOVERN
          Georgia Bar No. 098141
          ***Counsel for Defendant Nathan Adkerson***

288 South Main Street
Suite 100
Alpharetta, Georgia 30009
Office: (770) 765-0225
Direct: (770) 847-7280
amcgovern@satchermcgovernlaw.com