# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LILY ENGLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN ADKERSON, et al.,<br><br>Defendants. | Civil Action<br>File No. 1-21-cv-1992-MLB |

## ORDER

Upon consideration of the Joint Motion to Extend Discovery and for good cause shown, the Court hereby GRANTS the motion and extends discovery through and including February 28, 2023, and extends the deadline for the filing of dispositive motions to March 28, 2023.

SO ORDERED this 20th day of December, 2022.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

1