# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Lily ENGLEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>Nathan ADKERSON, Maryjane MOSS, Jose MORALES, *et al.*<br><br>    Defendants. | Civil Action File No.<br>1:21-cv-01992-MLB |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW Annarita L. McGovern, counsel for Defendant Nathan Adkerson, and hereby notifies this Court and all parties that effective January 1, 2024, all pleadings, correspondence, notices and the like should be mailed to her new office address, as follows:

Annarita L. McGovern
SATCHER & MCGOVERN LLC
125 Stonemist Court
Roswell, Georgia 30076
(678) 488-6681
annarita@amcgovernlaw.com

Respectfully submitted this 2nd day of January, 2024.

**ANNARITA MCGOVERN LAW, LLC**

/s/ Annarita L. McGovern
ANNARITA L. MCGOVERN

Georgia Bar No. 098141

***Counsel for Defendant Nathan Adkerson***

125 Stonemist Court
Roswell, Georgia 30076
(678) 488-6681
annarita@amcgovernlaw.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

This 2nd day of January, 2024.

                **ANNARITA MCGOVERN LAW, LLC**

                /s/ Annarita L. McGovern
                ANNARITA L. MCGOVERN
                Georgia Bar No. 098141

                ***Counsel for Defendant Nathan Adkerson***

125 Stonemist Court
Roswell, Georgia 30076
(678) 488-6681
annarita@amcgovernlaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing *NOTICE OF CHANGE OF FIRM* upon counsel of record with the clerk of court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record:

| | |
|---|---|
| Mark Begnaud<br>Michael J. Eshman<br>ESHMAN BEGNAUD, LLC<br>315 W. Ponce De Leon Ave., Suite 775<br>Decatur, GA 30030<br>mbegnaud@eshmanbegnaud.com<br>meshman@eshmanbegnaud.com<br>***Counsel for Plaintiff*** | Paul Henefeld<br>Noah Green<br>HENEFELD & GREEN, P.C.<br>3017 Bolling Way N.E., Suite 129<br>Atlanta, GA 30305<br>phenefeld@henefeldgreen.com<br>ngreen@henefeldgreen.com<br>***Counsel for Defendant<br>Maryjane Moss*** |
| David C. Will<br>ROYAL WILL<br>4799 Sugarloaf Parkway, Building J<br>Lawrenceville, GA 30044<br>dwill@royallaw.net<br>***Counsel for Defendant<br>Jose Morales*** | Charles Jackson Cole<br>MCRAE BERTSCHI COLE LLC<br>1872 Independence Sq., Suite D<br>Dunwoody, GA 30338<br>*cjc@mcraebertschi.com*<br>***Counsel for Defendant<br>Mike Riley*** |
| Timothy J. Buckley, III<br>Eric James O'Brien<br>BUCKLEY CHRISTOPHER, P.C.<br>2970 Clairmont Road N.E., Suite 650<br>Atlanta, GA 30329<br>tbuckley@bchlawpc.com<br>eobrien@bchlawpc.com<br>***Counsel for Defendant<br>Jonathan Adams*** | Derrick L. Bingham<br>Julie Rachel Comer<br>STITES & HARBISON, PLLC<br>303 Peachtree Street, NE, Suite 2800<br>Atlanta, GA 30308<br>dbingham@stites.com<br>jcomer@stites.com<br>***Counsel for Defendant<br>Tomeika Jordan*** |

Charles E. Cox, Jr.
CHARLES E. COX, JR., LLC
Post Office Box 67
Macon, GA 31202-0067
charles@cecoxjr.com
*Counsel for Defendants*
*John Richey and William Clayton Nix*

This 2nd day of January, 2024.

**ANNARITA MCGOVERN LAW, LLC**

/s/ Annarita L. McGovern
ANNARITA L. MCGOVERN
Georgia Bar No. 098141

*Counsel for Defendant Nathan Adkerson*

125 Stonemist Court
Roswell, Georgia 30076
(678) 488-6681
annarita@amcgovernlaw.com