IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Lily ENGLEMAN,<br><br>      Plaintiff,<br><br>v.<br><br>Nathan ADKERSON, Maryjane MOSS, Jose MORALES, *et al.*<br><br>      Defendants. | Civil Action File No.<br>1:21-cv-01992-MLB |

### DEFENDANT NATHAN ADKERSON'S AMENDED RESPONSE TO PLAINTIFF'S STATEMENT OF ADDITIONAL FACTS

COMES NOW, Nathan Adkerson, named as Defendant in the above-styled case, and amends his response to Plaintiff's Statement of Additional Facts and shows the Court the following:

31.

Admitted.

Respectfully submitted on the 7th day of February 2024.

**ANNARITA MCGOVERN LAW, LLC**

*/s/ Annarita L. McGovern*
ANNARITA L. MCGOVERN
Georgia Bar No. 098141

***Counsel for Defendant Nathan Adkerson***

[1]

125 Stonemist Court,
Roswell, GA 30076
(678) 488-6681
annarita@amcgovernlaw.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

This the 7th day of February, 2024.

**ANNARITA MCGOVERN LAW, LLC**

*/s/ Annarita L. McGovern*
ANNARITA L. MCGOVERN
Georgia Bar No. 098141

***Counsel for Defendant Nathan Adkerson***

125 Stonemist Court,
Roswell, GA 30076
(678) 488-6681
annarita@amcgovernlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this day I served a true and correct copy of the within and foregoing ***DEFENDANT NATHAN ADKERSON'S AMENDED RESPONSE TO PLAINTIFF'S STATEMENT OF ADDITIONAL FACTS*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record, as follows:

| | |
|---|---|
| Mark Begnaud<br>Michael J. Eshman<br>ESHMAN BEGNAUD, LLC<br>315 W. Ponce De Leon Ave., Suite 775<br>Decatur, GA 30030<br>mbegnaud@eshmanbegnaud.com<br>meshman@eshmanbegnaud.com<br>***Counsel for Plaintiff*** | Paul Henefeld<br>Noah Green<br>APPELBAUM HENEFELD & GREEN, P.C.<br>3017 Bolling Way N.E., Suite 129<br>Atlanta, GA 30305<br>phenefeld@henefeldgreen.com<br>ngreen@henefeldgreen.com<br>***Counsel for Maryjane Moss*** |
| David C. Will<br>ROYAL WILL<br>4799 Sugarloaf Parkway<br>Building J<br>Lawrenceville, GA 30044<br>dwill@royallaw.net<br>***Counsel for Jose Morales*** | Derrick L. Bingham<br>Julie Rachel Comer<br>STITES & HARBISON, PLLC<br>303 Peachtree Street, NE, Ste. 2800<br>Atlanta, GA 30308<br>dbingham@stites.com<br>jcomer@stites.com<br>***Counsel for Tomekia Jordan*** |
| Timothy J. Buckley, III<br>Eric James O'Brien<br>BUCKLEY CHRISTOPHER, P.C.<br>2970 Clairmont Road N.E., Suite 650<br>Atlanta, GA 30329<br>tbuckley@bchlawpc.com<br>eobrien@bchlawpc.com<br>***Counsel for Jonathan Adams*** | Charles Jackson Cole<br>McRae Bertschi Cole LLC<br>1872 Independence Square, Ste D<br>Dunwoody, GA 30338<br>cjc@mcraebertschi.com<br>***Counsel for Mike Riley*** |

Charles E. Cox, Jr.
CHARLES E. COX, JR., LLC
Post Office Box 67
Macon, GA 31202
charles@cecoxjr.com
*Counsel for Defendant John Richey and William Clayton Nix*

This 7th day of February, 2024.

**ANNARITA MCGOVERN LAW, LLC**

*/s/ Annarita L. McGovern*
ANNARITA L. MCGOVERN
Georgia Bar No. 098141
*Counsel for Defendant Nathan Adkerson*

125 Stonemist Court,
Roswell, GA 30076
(678) 488-6681
annarita@amcgovernlaw.com

[5]