IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LILY ENGLEMAN,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | CIVIL ACTION FILE |
| v.           ) | NO.: 1:21-cv-01992-MLB |
| ) | |
| NATHAN ADKERSON, et al.,           ) | |
| ) | |
| Defendants.           ) | |

### DEFENDANT JONATHAN ADAMS' AMENDED RESPONSE TO PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS

COMES NOW, Defendant Jonathan Adams (hereinafter "District Attorney Adams"), named as Defendant in the above-styled matter and pursuant to Fed. R. Civ. Pro. 56(B)(3), hereby withdraws his Amended Response to Plaintiff's Statement of Additional Material Facts (Doc. 87) and, pursuant to the Court's Order (Doc. 83), files his Amended Response to Plaintiff's Statement of Additional Material Facts, showing the Court as follows:

**31.** Admitted.

This 13th day of February, 2024.

**{Signature on following page.}**

1

Respectfully submitted,

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**[1]

/s/ Timothy J. Buckley III

_____
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
ERIC J. O'BRIEN
Georgia State Bar No. 383745
Attorneys for District Attorney Adams

2970 Clairmont Road NE
Suite 650
Atlanta, Georgia 30329
(404) 633-9230 (telephone)
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
eobrien@bchlawpc.com

---

[1] Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2024, I electronically filed DEFENDANT JONATHAN ADAMS' AMENDED RESPONSE TO PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record:

Mark A. Begnaud
Michael J. Eshman
Eshman Begnaud, LLC
315 W. Ponce De Leon Ave
Suite 775
Decatur, Georgia 30030
*Attorney for Plaintiff*

Charles J. Cole
McRae Bertschi & Cole LLC
1872 Independence Square, Suite D
Dunwoody, Georgia 30338
*Attorney for Defendant Mike Riley*

Charles E. Cox, Jr.
Charles E Cox, Jr., LLC
P.O. Box 67
Macon, Georgia 31202
*Attorney for Defendant John Richey and Defendant Nix*

Derrick L. Bingham
Julie R. Comer
Stites & Harbison, PLLC
303 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30308

*Attorney for Defendant Tomekia Jordan*

Paul Henefeld
Noah Green
HENEFELD & GREEN, P.C.
3017 Bolling Way N.E., Suite 129
Atlanta, GA 30305
*Counsel for Defendant Maryjane Moss*

David C. Will
ROYAL WILL
4799 Sugarloaf Parkway, Building J
Lawrenceville, GA 30044
*Counsel for Defendant Jose Morales*

Annarita L. McGovern
Terry L. Long
Satcher & McGovern
288 South Main Street
Suite 100
Alpharetta, Georgia 30009
*Counsel for Defendant Adkerson*

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Timothy J. Buckley III

_____
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
ERIC J. O'BRIEN
Georgia State Bar No. 383745
Attorneys for District Attorney Adams

2970 Clairmont Road NE
Suite 650
Atlanta, Georgia 30329
(404) 633-9230 (telephone)
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
eobrien@bchlawpc.com